AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Audrey P. Jordan, ) | |
| ) | 4:17-cv-02994-RBH |
| Plaintiff(s), ) | |
| vs ) | |
| Integrity First Financial Group, Inc, ) | |
| Defendant(s). ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%,  along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed  without prejudice.

This action was  *(check one)*:

❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who adopts the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III.

Robin L. Blume
CLERK OF COURT

By: s/Leah M. Suttles, Deputy Clerk

April 6, 2018